IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
STATE AUTO PROPERTY AND CASUALTY   :
INSURANCE COMPANY                  :   CIVIL ACTION
                                   :   NO. 19-05578
          Plaintiff,               :
                                   :
     v.                            :
                                   :
SIGISMONDI FOREIGN CAR SPECIALISTS,:
INC.                               :
                                   :
          Defendant.               :
```

**ORDER**

**AND NOW**, this **12th** day of **April, 2021**, after considering the parties' pending motions and the responses, reply, and supplemental briefing thereto, and following a hearing on the record, it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum, that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 26) is **GRANTED in part and DENIED in part**, as follows:

    a. The Motion is **GRANTED** with respect to Counts I and II. An order setting a hearing on damages will issue.

    b. The Motion is **DENIED** with respect to Count III.

    c. The Motion is **DENIED as moot** with respect to the counterclaim.

1

2. Count IV of the Complaint (ECF No. 1) is **DISMISSED without prejudice;**

3. Defendant's Motion for Partial Summary Judgment (ECF No. 29) is **DENIED;**

4. Defendant's Motion to Vacate Order on Motion to Dismiss (ECF No. 31) is **DENIED;**

5. Defendant's Motion for Additional Time to Produce Documents (ECF No. 32) is **DENIED as moot;** and

6. Plaintiff's Motion for Leave to File Reply (ECF No. 39) is **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**