IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SIGISMONDI FOREIGN CAR SPECIALISTS, INC. : <br> : <br> Defendant. : | CIVIL ACTION <br> NO. 19-05578 |

# O R D E R

**AND NOW**, this **17th** day of **February, 2022**, after considering Defendant's motion to stay, the response, and the reply thereto, it is hereby **ORDERED,** for the reasons stated in the accompanying memorandum, that Defendant's motion is **DENIED without prejudice.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**